IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOREN I. MORGAN,

        Petitioner,

vs.

CALIFORNIA BOARD OF PRISON HEARINGS; SUPERIOR COURT OF SAN DIEGO; FOURTH APPELLATE COURT; CALIFORNIA SUPREME COURT; BEN CURRY;

        Respondents.

No. C 11-3350 WHA (PR)

**ORDER OF DISMISSAL**

This pro se habeas action was filed on July 7, 2011. On that same day, petitioner was notified that he had neither paid the filing fee nor filed an application for leave to proceed in forma pauperis. The notice was returned by the postal service on July 21, 2011, as undeliverable because petitioner was no longer located at the address he had provided to the court. Specifically, the institution where he had been located indicated that petitioner had been released on parole. On July 27, 2011, petitioner mailed exhibits to the court with a return street address different from the institutional address he had originally provided with his petition. The same day, the clerk mailed a second deficiency notice to petitioner to the street address. Both deficiency notices informed petitioner that if he did not either pay the fee or file an IFP application within thirty days the case would be dismissed. No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September __28__, 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\MORGAN3350.DFP.wpd